**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE REGARDING ELECTRONIC FILING**

Effective July 1, 2006, all civil cases assigned to Judge Chatigny will be designated as electronically filed cases, and thus be subject to the attached Electronic Filing Order, except cases involving pro se parties (including pro se prisoner cases). If an attorney believes that a case should be exempted from electronic filing, a motion seeking an exemption may be filed within 14 days after the attorney enters an appearance in the case.

In order to be able to file documents electronically, an attorney must first register with the Clerk's Office and obtain an electronic filing login and password. Registration forms are available on the Court's website, along with a tutorial on electronic filing (http://www.pacer.gov/ecfcbt/dc/).

FOR THE COURT

ROBIN D. TABORA, CLERK

Revised 8/7/13