UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------- X
UNIVERSITAS EDUCATION, LLC,                :

              Plaintiff,                            :

          -against-                             : Case No. 14-mc-00125-RNC

NOVA GROUP, INC., et al.,                     : Hon. Robert N. Chatigny

             Defendant.                         :

                                                    :

------------------------------------------------------- X

**PLAINTIFF'S NOTICE OF MOTION FOR ENTRY OF CHARGING ORDER AGAINST JUDGMENT DEBTOR CARPENTER FINANCIAL GROUP IN LIMITED LIABILITY COMPANIES**

Pursuant to Connecticut General Statutes Section 34-171, Plaintiff Universitas Education, LLC, files this motion for entry of a Charging Order against Judgment Debtor Carpenter Financial Group. In support thereof, Universitas separately submits its supporting Memorandum of Law and Declaration of Paula K. Colbath, Esq., and a Proposed Charging Order.

Dated: New York, New York
        October 16, 2015

                                      LOEB & LOEB LLP

                                      By: _/s/ Paula K. Colbath_
                                          Paula K. Colbath (PC 29002)
                                          345 Park Avenue
                                          New York, New York 10154
                                          Telephone: 212-407-4000

                                          _Attorneys for Plaintiff_
                                          _Universitas Education, LLC_