UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------- X
UNIVERSITAS EDUCATION, LLC,	:

               Plaintiff,	:

       -against-	: Case No. 14-mc-00125-RNC

NOVA GROUP, INC., et al.,	: Hon. Robert N. Chatigny

               Defendant.	:

                                                          :
------------------------------------------------------- X

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR ENTRY OF CHARGING ORDER AGAINST JUDGMENT DEBTOR CARPENTER FINANCIAL GROUP IN LIMITED LIABILITY COMPANIES**

      Plaintiff/Judgment Creditor Universitas Education, LLC ("Universitas"), through its undersigned counsel, respectfully submits this Memorandum in support of its Motion for a Charging Order, pursuant to Connecticut General Statutes Section 34-171, against the chargeable membership interests of the Judgment Debtor Carpenter Financial Group ("CFG") in Grist Mill Partners, LLC, a limited liability company, and in any and all other limited liability companies in which CFG, may have an interest, with payment of the unsatisfied amount of the judgment CFG owes to Universitas, with interest thereon until paid.

      Universitas seeks to charge Judgment Debtor CFG's ninety-nine percent (99%) membership interest in Grist Mill Partners, LLC -- a limited liability company -- with the Judgment obtained by Universitas against CFG in the amount of $11,140,000.00, all of which remains unsatisfied.

Grist Mill Partners, LLC is located in Connecticut.  (*See* supporting Declaration of Paula K. Colbath, dated September 17, 2015 ("Colbath Decl."), **Exhibit 1**.).  In addition, upon information and belief, CFG is located in Connecticut and Delaware.

## BACKGROUND

Plaintiff/Judgment Creditor Universitas is the beneficiary of the Charter Oak Trust Welfare Benefit Plan ("Charter Oak Trust") in relation to a plan benefit claim for payment of $30 million (the "Plan Benefit").  Daniel E. Carpenter ("Carpenter"), a convicted fraudster who is currently serving time in a federal penitentiary in Pennsylvania for unrelated financial crimes, through the aid of CFG and other Carpenter-related entities and individuals, fraudulently transferred the Plan Benefit out of the Charter Oak Trust for his own and his family's gain.  As a result, Universitas has received none of the money rightfully belonging to it.  A detailed recitation of the facts is set forth by the Honorable Laura Taylor Swain of the Southern District of New York in *Universitas Education, LLC v. Nova Group, Inc.*, Nos. 11-cv-1590, 11-cv-8726, 2014 U.S. Dist. LEXIS 109077 (S.D.N.Y. Aug. 7, 2014).

On June 7, 2012, the Southern District of New York (Swain, J.) entered judgment against Defendant Nova Group, Inc. in the amount of $30,181,880.30 in favor of Universitas.  Subsequently, on August 12, 2014, the Southern District of New York awarded additional judgments against Carpenter and several of his entities, including Judgment in the amount of $11,140,000.00 against CFG.  *See id.*, 2014 U.S. Dist. LEXIS 109077, at *33.

On November 6, 2014, the Southern District of New York's August 12, 2014 Judgment, certified by the Clerk of the Southern District of New York, was filed in this Court, which shows a Judgment against CFG in the amount of $11,140,000.00.  (*See* docket entry 1; copy attached as Colbath Decl. **Exhibit 2**.)  No amount of Universitas' Judgment against CFG has been paid to

date.

## DISCUSSION

Judgment Debtor CFG owns a ninety-nine percent (99%) membership interest in Grist Mill Partners, LLC.  (*See* Colbath Decl. **Exhibit 3**.)

Pursuant to Connecticut General Statutes Section 34-171, the Court is permitted to charge CFG's interest in any limited liability company in which it owns a membership interest with the unsatisfied portion of the Judgment with interest:

> On application to a court of competent jurisdiction by any judgment creditor of a member, the court may charge the member's limited liability company interest with payment of the unsatisfied amount of the judgment with interest.

Accordingly, Judgment Creditor Universitas moves for entry of a charging order, in favor of Universitas, and against the membership interests of Judgment Debtor CFG in Grist Mill Partners, LLC, as well as any and all other limited liability companies in which the Judgment Debtor CFG may have an interest, with payment of the unsatisfied amount of the Judgment owing to Universitas, with interest thereon until paid.

## REQUEST FOR RELIEF

WHEREFORE, Universitas respectfully moves for an Order charging Carpenter Financial Group's membership interest in Grist Mill Partners, LLC, as well as any and all other limited liability companies in which the Judgment Debtor Carpenter Financial Group, Inc. may have an interest, with the unsatisfied judgment against it in the amount of $11,140,000.00 awarded to Universitas, including interest, until such amount is paid in full.

Dated: New York, New York
October 16, 2015

        LOEB & LOEB LLP

        By: <u>/s/ Paula K Colbath</u>            .
            Paula K. Colbath (CT 29002)
            345 Park Avenue
            New York, New York 10154-1895
            (212) 407-4000

            *Attorneys for*
            *Universitas Education, LLC*

1361052