UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------- X
UNIVERSITAS EDUCATION, LLC,          :

             Plaintiff,          :

       -against-          : Case No. 14-mc-00125-RNC

NOVA GROUP, INC., et al.,          : Hon. Robert N. Chatigny

            Defendant.          :

                                           :
---------------------------------------------------------- X

## **DECLARATION OF PAULA K. COLBATH**

I, **PAULA K. COLBATH**, an attorney admitted to practice law before this Court, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of Loeb & Loeb, LLP. I respectfully submit this declaration in support of Plaintiff/Judgment Creditor Universitas Education, LLC's ("Universitas") motion for a Charging Order, pursuant to Connecticut General Statutes Section 34-171, against the chargeable membership interests of Judgment Debtor Carpenter Financial Group ("CFG") in the Grist Mill Partners, LLC, a limited liability company, and in any and all other limited liability companies in which CFG may have an interest, with payment of the unsatisfied amount of a judgment CFG owes to Universitas in the amount of $11,140,000.00, with interest thereon until paid.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of a Notice of Lease between Grist Mill Partners, LLC and CuraLeaf, LLC, showing (in ¶ 1(a)) that Grist Mill Partners is located in Simsbury, Connecticut.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the Southern District of New York's August 12, 2014 Judgment awarded to Universitas, certified by the Clerk of the Southern District of New York and filed in this Court on November 6, 2014, which shows a judgment in favor of Universitas and against CFG in the amount of $11,140,000.00.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of Grist Mill Partners, LLC's responses to Curaleaf, LLC's First Set of Interrogatories, stating that CFG owns ninety-nine percent (99%) of Grist Mill Partners, LLC. (*See* responses to interrogatory numbers 2 and 3.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2015, in New York, New York.

                                                                  _____/s/ *Paula K. Colbath*_____
                                                                   PAULA K. COLBATH

1368447