**EXHIBIT 1**

After recording, return to:
Brian R. Smith, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Doc ID: 001732340004 Type: LAN
BK 870 PG 391-394

# NOTICE OF LEASE

This instrument is a Notice of Lease pursuant to Section 47-19 of the Connecticut General Statutes. The statutory information is as follows:

1. **Parties to the Lease:**

    (a) The landlord is Grist Mill Partners, LLC ("Landlord"), a Delaware limited liability company having an address of 1-3 Mill Pond Lane, Simsbury, Connecticut 06070.

    (b) The tenant is CuraLeaf, LLC ("Tenant"), a Connecticut limited liability company having an address of 145 Doubling Road, Greenwich, Connecticut 06830.

2. **Lease:**

The Landlord and Tenant entered into a Lease with Option to Purchase dated as of February 11, 2014 (the "Lease").

3. **Term of Lease:**

The initial term of the Lease commences no later than August 11, 2014 and terminates no later than August 11, 2019.

4. **Leased Premises:**

The premises leased to the Tenant pursuant to the Lease is that certain real property and the improvements thereon owned by Landlord situated in the Town of Simsbury and more particularly described on Exhibit A attached hereto and made a part hereof.

5. **Right of Renewal:**

One (1) term of five (5) years.

6. **Option to Purchase:**

The Tenant has the option to purchase the Leased Premises during a period of time commencing on the date set forth on the Lease and ending upon the earlier of the expiration or termination of the Lease, in accordance with the terms and conditions set forth in the Lease.

7. **Filing:**

The Lease shall be on file at the offices of Tenant and Landlord set forth above.

SIGNATURE PAGE FOLLOWS

12736410-v1

In witness whereof, Landlord and Tenant have executed this Notice of Lease as of the February 11, 2014.

WITNESSES:

*[signature]*
Richard C. Roberts

*[signature]*
Valerie Renee Morris-Harris
Matthew J. Guare, Jr.

**GRIST MILL PARTNERS, LLC**
By Caroline Financial Group, Inc.
 Its Managing Member

By: *[signature]*
Name: Matthew Westcott
Title: President

**CURALEAF, LLC**

By: *[signature]*
Name: Robert Birnbaum
Title: Manager

STATE OF CONNECTICUT )
                      ) ss.: Simsbury
COUNTY OF Hartford    )

On this 11th day of February, 2014, before me, the undersigned officer, personally appeared Matthew Westcott, President of Caroline Financial Group, Inc., Managing Member of Grist Mill Partners, LLC, a Delaware limited liability company, who acknowledged himself to be the person whose name is subscribed to the within instrument and acknowledged that he, being duly authorized to do so, executed the same as the President of the Managing Member of Grist Mill Partners, LLC for the purposes therein contained as his free act and deed and said limited liability company's free act and deed.

IN WITNESS WHEREOF, I hereunto set my hand and the official seal.

*[signature]*

Commissioner of the Superior Court/Notary Public
My Commission Expires: 3-31-17



JASON J. CONCATELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2017



2

STATE OF CONNECTICUT)
                     ) ss.: Hartford
COUNTY OF Hartford   )

On this 11th day of February, 2014, before me, the undersigned officer, personally appeared Robert Birnbaum, Manager of CuraLeaf, LLC, a Connecticut limited liability company, who acknowledged himself to be the person whose name is subscribed to the within instrument and acknowledged that he, being duly authorized to do so, executed the same as the Manager of CuraLeaf, LLC for the purposes therein contained as his free act and deed and said limited liability company's free act and deed.

IN WITNESS WHEREOF, I hereunto set my hand and the official seal.

_____
Commissioner of the Superior Court/Notary Public
My Commission Expires: 2/28/17

**SHERRY STRICKLAND**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2017

# EXHIBIT A

## LEGAL DESCRIPTION
## 100 GRISTMILL

That certain piece or parcel of land, with the improvements thereon and appurtenances thereto, known as No. 100 Grist Mill Road in the Town of Simsbury, County of Hartford, and State of Connecticut, being shown on a certain map or plan entitled "Resurvey Map Parcel 25 Land Owned by ENSIGN-BICKFORD REALTY CORPORATION Easterly of Grist Mill Road Simsbury, Connecticut Sheets 1 of 2 and 2 of 2 Scale 1" = 40' November 1997 Hodge Surveying Associates, P. C. ... Francis A. Richard, L. S. - #13351", which map or plan is to be filed in the Office of the Simsbury Town Clerk, reference to which is hereby made, and being more particularly bounded and described as follows:

Beginning at a point on the easterly streetline of Grist Mill Road said point being the southwesterly corner of the herein described parcel, thence in a northerly direction along the easterly streetline of Grist Mill Road along a curve to the left having a radius of 2182.68 feet, a distance of 50.49 feet to a point; thence S 89°-14'-42" E a distance of 182.33 feet to a point; thence N 65°-28'-04" E a distance of 280.59 feet to a point; thence N 2°-44'-27" W a distance of 160.70 feet to a point; thence N 79°-06'-32" E a distance of 120.00 feet to a point; thence N 10°-15'-04" E a distance of 151.05 feet to a point; thence S 72°-27'-29" E a distance of 275.05 feet to a point; thence S 77°-04'-33" E a distance of 80.16 feet to a point; thence N 42°-44'-29" E a distance of 405.00 feet to a point in the center of Hop Brook; thence south 52°-58'-15" E, a distance of 341.25 feet to a point; thence S 10°-58'-40" W a distance of 14.00 feet to a point; thence N 73°-55'-26" W a distance of 205.35 feet to a point; thence S 3°-39'-30" W a distance of 304.99 feet to a point; thence S 6°-21'-18" W a distance of 261.31 feet to a point; thence N 78°-35'-13" W a distance of 770.84 feet to a point; thence S 65°-28'-04" W a distance of 291.81 feet to a point; thence N 89°-14'-42" W a distance of 186.50 feet to the point and place of beginning.

TOGETHER WITH an easement, in common with others, for ingress and egress across Grist Mill Road, so called, being a strip of land approximately sixty feet in width and more particularly bounded and described as set forth on Schedule A-1 attached hereto and made a part hereof, for all purposes for which a public road may be used, until such time as said Grist Mill Road shall be accepted as a public road.

TOGETHER WITH all right, title and interest, if any, arising under that certain Declaration of Easements, Covenants, and Restrictions for The Powder Forest Business Park dated December 2, 1983 and recorded December 9, 1983, in Volume 271, Page 546 of the Simsbury Land Records as amended by Amended and Restated Declaration of Easements, Covenants and Restriction for The Powder Forest Business Park dated December 8, 1997, and recorded in Volume 479 at Page 795 of the said Land Records.

Received for Record at Simsbury, CT
On 02/11/2014 At 4:07:49 pm
Carolyn D. Kelly, Town Clerk