# EXHIBIT 2

3:14mc125(RNC)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

Universitas Education, LLC
*Plaintiff*
V.
Nova Group Inc.
*Defendant*

Civil Action No. 11 Civ. 1590

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on (date) 08/12/2014

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and appeals have been filed and are still pending. Clerk's certification is issued as per judge's order dated 11/5/2014, Doc #493.

Date: 11/05/2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

        Petitioner,

    -v-

NOVA GROUP, INC.,

        Respondent.

-------------------------------------------------------------------x

NOVA GROUP, INC.,

        Petitioner,

    -v-

UNIVERSITAS EDUCATION, LLC,

        Respondent.

-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 05 2014

No. 11 Civ. 1590 (LTS)(HBP)

No. 11 Civ. 8726 (LTS)(HBP)

## ORDER

Universitas Education, LLC ("Universitas") moved on September 25, 2014, to register the judgment entered on August 15, 2014 in other judicial districts pursuant to 28 U.S.C. § 1963. (Docket entry no. 485.)[1] No opposition to this motion was filed. For substantially the reasons stated in Universitas' memorandum in support of its motion (docket entry no. 496), and supported by the September 25, 2014 Declaration of Michael Barnett (docket entry no. 487), the motion is granted.

---

[1]    Docket entry numbers in this Order refer exclusively to those in case number 11 Civ. 1590.

This Order resolves docket entry no. 485.

SO ORDERED.

Dated: New York, New York
        November 5, 2014

LAURA TAYLOR SWAIN
United States District Judge

USDC SDNY

DOCUMENT  475

ELECTRONICALLY FILED 08/12/2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

                            Petitioner,

              -against-

NOVA GROUP, INC.,

                        Respondent.
-----------------------------------------------------------------X

11 **CIVIL** 1590 (LTS) (HBP)
11 **CIVIL** 8726 (LTS) (HBP)

**JUDGMENT**

    Whereas following entry of judgment in its favor in the above captioned-actions, Universitas Education, LLC ("Petitioner") having moved seeking, pursuant to New York Civil Practice Law and Rules ("C.P.L.R.") section 5225(b) and Federal Rules of Civil Procedure 69, the turnover of assets by respondent Daniel E. Carpenter and his affiliated entities Grist Mill Capital, LLC, Grist Mill Holdings, LLC, the Grist Mill Trust Welfare Benefit Plan, Avon Capital, LLC, Hanover Trust Company, Carpenter Financial Group and Phoenix Capital Management, LLC (with Carpenter, the "Turnover Respondents"), as well as permanent injunctive relief barring the transfer by the Turnover Respondents of money and assets, including certain specified insurance policies, until Petitioner's judgment against Nova Group, Inc., has been satisfied (Docket entry no. 308 in case number 11 Civ. 1590); Mr. Carpenter and certain third parties having moved to modify the temporary injunction to allow transactions between themselves and certain of the Turnover Respondents (See docket entry nos. 409, 412, and 448 in 11 Civ. 1590), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on August 7, 2014, having rendered its Memorandum Opinion and Order granting Petitioner's turnover motion, granting Petitioner money judgments as follows: against Daniel E. Carpenter in the amount of $30,600,000.00; against Grist Mill Capital, LLC, in the amount of $30,600,000.00; against Grist Mill Holdings, LLC, in the amount of $21,000,000.00; against Carpenter Financial Group, in the amount of $ 11,140,000.00;

against Avon Capital, LLC, in the amount of $6,710,065.92; against Phoenix Capital Management, LLC, in the amount of $5,000,000.00; against Grist Mill Trust Welfare Benefit Plan, and any trustees and plan sponsors thereto insofar as they hold Grist Mill Trust assets, in the amount of $4,487,007.81; and against Hanover Trust Company, in the amount of $1,200,000.00; directing the Clerk of the Court to enter judgment against the Turnover Respondents accordingly; Liability under the judgment is joint and severally; denying as moot Petitioner's request for permanent injunctive relief; denying each of the third-party motions to modify the preliminary injunction, docket entry numbers 409, 412, and 448 in 11 Civ. 1590, as the primary injunction is hereby terminated pursuant to the provisions of the January Order, because Petitioner's motion for turnover has been resolved, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 7, 2014, Petitioner's turnover motion is granted; Petitioner is hereby granted money judgments against the Turnover Respondents as follows: against Daniel E. Carpenter in the amount of $30,600,000.00; against Grist Mill Capital, LLC, in the amount of $30,600,000.00; against Grist Mill Holdings, LLC, in the amount of $21,000,000.00; against Carpenter Financial Group, in the amount of $11,140,000.00; against Avon Capital, LLC, in the amount of $6,710,065.92; against Phoenix Capital Management, LLC, in the amount of $5,000,000.00; against Grist Mill Trust Welfare Benefit Plan, and any trustees and plan sponsors thereto insofar as they hold Grist Mill Trust assets, in the amount of $4,487,007.81; and against Hanover Trust Company, in the amount of $1,200,000.00; liability under the judgments is jointly and severally; Petitioner's request for permanent injunctive and other equitable relief are denied; each of the third-party motions to modify the preliminary injunction, docket numbers 409, 412, and 448 in 11 Civ. 1590 are denied as moot, as the preliminary injunction is hereby terminated pursuant

to the provisions of the January Order, because Petitioner's motion for turnover has been resolved.

**Dated:** New York, New York
August 12, 2014                                        **RUBY J. KRAJICK**

**Clerk of Court**

**BY:**   $\mathcal{K}.$ mango

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ___8/12/2014___

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

Deputy Clerk