UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
UNIVERSITAS EDUCATION, LLC,                              :

        Plaintiff,                                    :

        -against-                                     : Case No. 14-mc-00125-RNC

NOVA GROUP, INC., et al.,                                : Hon. Robert N. Chatigny

        Defendant.                                   : **RULE 7.1 STATMENT**

                                                          :
---------------------------------------------------------- X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the District of Connecticut to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff Universitas Education, LLC certify that it has the following parents, subsidiaries or affiliates that are publicly held:

     None.

Dated:  New York, New York
         October 16, 2015

                              LOEB & LOEB LLP

                              By: */s/ Paula K. Colbath*
                                  Paula K. Colbath
                                  345 Park Avenue
                                  New York, New York 10154
                                  Telephone: 212-407-4000

                                  *Attorneys for Plaintiff*
                                  *Universitas Education, LLC*

1368403