UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,　　　　　　:

        Plaintiff,　　　　　　　　　　　　　　　　:

        -against-　　　　　　　　　　　　　　　　: Case No. 14-mc-00125-RNC

NOVA GROUP, INC., et al.,　　　　　　　　: Hon. Robert N. Chatigny

        Defendant.　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　:

---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　)
　　　　　　　　　　　　) SS.
COUNTY OF NEW YORK　)

TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. I am the Managing Clerk for the law firm Loeb & Loeb LLP, attorneys for plaintiff in this action.

3. On October 16, 2015, I served true copies of the Notice of Motion for Entry of a Charging Order Against Judgment Debtor Carpenter Financial Group in Limited Liability Companies, the accompanying Declaration of Paula K. Colbath, dated October 16, 2015, the accompanying Memorandum of Law, the accompanying Proposed Charging Order and Rule 7.1 Statement by Federal Express to the below listed parties:

        Grist Mill Partners, LLC
        1-3 Mill Pond Lane
        Simsbury, CT 06070

NY1373652.1
214560-10001

Grist Mill Partners, LLC
c/o The Company Corporation
2711 Centerville Road
Suite 400
Wilmington, DE 19808
Registered Agent for
Grist Mill Partners, LLC

Grist Mill Partners, LLC
35 Tower Lane
Avon, CT 06001

Carpenter Financial Group
226 Mayapple Road
North Stamford, CT 06903

Carpenter Financial Group, Inc.
c/o The Company Corporation
2711 Centerville Road
Suite 400
Wilmington, DE 19808
Registered Agent for
Carpenter Financial Group, Inc.

Carpenter Financial Group, LLC
c/o The Company Corporation
2711 Centerville Road
Suite 400
Wilmington, DE 19808
Registered Agent for
Carpenter Financial Group, LLC

---

Timothy B. Cummins

Sworn to before me this
16th Day of October, 2015

Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate filed in New York County
Commission Expires January 7, 2019

NY1373652.1
214560-10001

2