Division of Corporations - Online Services

Page 1 of 1

delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Locations

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Privacy Policy   Frequently Asked Questions   View Search Results

**Entity Details**

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2503693 | Incorporation Date / Formation Date: | 05/03/1995 (mm/dd/yyyy) |
| Entity Name: | CARPENTER FINANCIAL GROUP, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE COMPANY CORPORATION | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5440 | | |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

https://delecorp.delaware.gov/tin/controller

04
DEC 10

11/13/2013

JLM032383