# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-MC-00125-RNC |
| NOVA GROUP, INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Universitas Education, LLC

Date: 12/09/2020

/s/ Ilan Markus
*Attorney's signature*

ILAN MARKUS, ct26465
*Printed name and bar number*

Barclay Damon LLP
545 Long Wharf Drive
Ninth Floor
New Haven, Connecticut 06511
*Address*

imarkus@barclaydamon.com
*E-mail address*

(203) 672-2661
*Telephone number*

(203) 654-3265
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ilan Markus
Ilan Markus (ct 26465)
Barclay Damon, LLP
545 Long Wharf Drive, 9th Floor
New Haven CT 06511
Ph. (203) 672-2661
Fax (203) 654-3265
Email: imarkus@barclaydamon.com