**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                              Petitioner,<br><br>v.<br><br>NOVA GROUP, INC., ET AL.<br><br>                              Respondent. | CASE NO. 14-mc-00125-RNC<br><br><br><br>JANUARY 4, 2021 |

**PETITIONER'S MOTION FOR INHERENT POWERS SANCTIONS AGAINST DANIEL CARPENTER**

Petitioner Universitas Education, LLC ("Universitas") hereby moves this Court to sanction Daniel Carpenter pursuant to the inherent power of this Court in response to Carpenter Financial Group, Inc.'s ("CFG") Motion to Vacate, and Daniel Carpenter's general conduct throughout this litigation. In support of this Motion, Universitas files a Supporting Memorandum of Law, and the exhibits attached thereto. Universitas requests the following sanctions:

1. The Court enjoin Mr. Carpenter from filing any new actions against Universitas, its principals, its attorneys, and/or its agents without leave of this Court.

2. The Court include the entities listed on the attached Appendix within the scope of the anti-filing injunction.

3. The Court enjoin CFG from filing an appeal for any denial of its Motion to Vacate without leave of this Court.

1

PETITIONER UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell            /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, LLP
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2665
Fax (203) 654-3271
mcaldwell@barclaydamon.com

3

## **CERTIFICATION OF SERVICE**

      I hereby certify that on January 4, 2021 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                            /s/   Michael G. Caldwell
                                            Michael G. Caldwell, ct26561