# APPENDIX

1 & 3 Mill Pond Partners
41 Church Street Partners
Abigail Partners
Alaska Pacific Acquisition Group
Alaska Pacific Corporation
Alliance Charitable Trust
Altcara
American Captive Services
American Charitable Endowment
American Fiduciary Services
Atlantic Charitable Trust
Audit Risk Indemnity Association
Avon Capital
Avon Capital Holdings
Avon Charitable Trust
Avon Insurance Welfare Benefit
Avon Trust
BASI ESOP
BCNY
BCNY Litigation Group
BCNY Systems
Benefit Concepts
Benefit Concepts Advisors
Benefit Concepts International
Benefit Concepts New York
Benefit Concepts Systems
Benefit Plan Advisors
Benistar
Benistar 419 Plan & Trust
Benistar 419 Plan Services
Benistar Admin Services
Benistar Capital
Benistar Client Services
Benistar Corporation
Benistar Employer Services Trust Corporation
Benistar Financial Group
Benistar Group
Benistar Insurance Group
Benistar Insurance Group Holdings
Benistar Media Group
Benistar Property Exchange Trust Company
Benistar Publishing
Benistar Step Plan Services

Benistar Reinsurance Services Group
Bestco Benefit Plans
Birch Hill Partners
Blackthorne Acquisition Group
Boston Property Exchange Transfer Company
Boston Property Exchange Trust Company
BPA
BPETCO Litigation Group
Cambridge Welfare Benefit Plan
Capital City Partners
Caroline
Caroline Financial Group
Carpenter Charitable Trust
Carpenter Family Trust
Carpenter Financial Group
Carpenter Financial Group Welfare Benefit Trust
Carpenter Group
CBCA
CBCA Administrators
CBCA Pharmacy Benefits Management
Charter Oak Trust
Charter Oak Trust 2009
Charter Oak Trust Litigation Trust
Claremont Capital Group
Clermont Capital Partners
Corsair Financial Group
DSP Holdings
Florida Air
GIC Asset Management
Global Sports Underwriters
Greyhound Management
Greyhound Partners
Grist Mill Capital
Grist Mill Capital Advisors
Grist Mill Holdings
Grist Mill Partners
Grist Mill Trust
Grist Mill Trust Welfare Benefit Plan
Hanover Benefit Plans
Hanover Trust Company
Health Claims Trust Organization
Health Resource Organization
Health Resources Organization
Jefferson Trust
Life One Welfare Benefit Trust

Loge Group
Long Term Care Trust
McAllen Healthcare Services Trust
MidAtlantic Trust
Moonstone Partners
National Financial Services
National Telecom
National Telecom PCS
Natural Benefit Alliane
NBPS
Nova Benefit Plan
Nova Benefit Plans
Nova Group
Nova Group Business Trust
Nova Group Holdings
Nova Partners
Nova Trust
NTS Properties
Pandora Financial Group
Perfect Rides
Pettibone Tavern
Phoenix Alliance Investment Group
Phoenix Capital Management
Phoenix Capital Management Group
Phoenix Charitable Trust
Rex Insurance Services
Roth Capital Partners
SDM Holdings
Seir Hill Partners
Step Acquisition Group
Step Plan Services
The ESOP Group
Thermionics
TPG Group
United Health Care Organization
US Benefits
US Benefits Group
US Property Exchange
USB Client Services
USB Group
USB Services
USB Underwriter Services
USBGI
Video Galaxy
Voluntary Benefit Systems

Wilcox Street Partners
Worthy Investments
Yates Worldwide Holding
Yates Worldwide Holding Limited
Zone Partners