UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,    )<br>        Petitioner                     )<br>                                          )<br>vs.                                              )<br>                                          )<br>NOVA GROUP, INC., et al.,          )<br>        Respondent                  )<br>                                          ) | Case No. 14-mc-00125-RNC<br><br>Hon. Robert N. Chatigny<br><br>January 22, 2021 |

## NOTICE OF WITHDRAWAL OF
## MOTION TO VACATE JUDGMENT AND REPLY

On November 13, 2020, Petitioner and Judgment Debtor, Carpenter Financial Group, filed its Motion to Vacate and/or Dissolve Charging Order of October 27, 2015, with corresponding memorandum and exhibits, Dkt. No. 11. A Reply in support of said Motion along with exhibits were filed on December 17, 2020, Dkt. No. 17. Undersigned counsel now files this Notice to inform the Court that he is withdrawing the aforesaid Motion, Reply, and accompanying documents.

Dated: January 22, 2021                      Respectfully Submitted
                                                  Carpenter Financial Group, Inc.,

                                                  By: _/s/ Grayson Colt Holmes_____
                                                  Grayson Colt Holmes
                                                  Federal Bar No.: ct30111
                                                  Ouellette, Deganis, Gallagher & Grippe LLC
                                                  143 Main Street
                                                  Cheshire, CT 06410
                                                  Phone: (203) 272-1157
                                                  Fax: (203) 250-1835
                                                  Email: gholmes@odglaw.com

## **CERTIFICATION**

      I hereby certify that on this 22nd day of January, 2021, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Grayson Colt Holmes*
Grayson Colt Holmes
Federal Bar No.: ct03111