UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, Petitioner | ) ) ) ) | |
| vs. | ) ) ) | Case No. 14-mc-00125-RNC |
| NOVA GROUP, INC., et al., Respondent | ) ) ) ) | |
|  | ) | JANUARY 26, 2021 |

**NOTICE TO THE COURT**
**CONCERNING MOTION FOR SANCTIONS**

In light of this Court's order denying Carpenter Financial Group, Inc.'s ("CFG") Motion to Vacate as moot, Universitas Education, LLC ("Universitas") is not planning to move to sanction CFG's counsel. However, Universitas is continuing to prosecute its Motion for Sanctions [D.E. #11] against Daniel Carpenter. *See In re Austrian & German Bank Holocaust Litig.*, 317 F.3d 91, 98 (2d Cir. 2003) (explaining that district courts retain ancillary jurisdiction over sanctions proceedings after voluntary dismissal of action); *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395-98 (1990) (same); *Inter-County Res., Inc. v. Med. Res., Inc.*, 49 F. Supp. 2d 682, 684 (S.D.N.Y. 1999) ("… a court's power to impose sanctions on litigants for violations of applicable rules does not terminate upon the dismissal of a case."); *see also De La Fuente v. DCI Telecomms., Inc.*, 259 F. Supp. 2d 250, 257 n. 4 (S.D.N.Y. 2003) (explaining that withdrawal of motion precludes sanctions only when withdrawn during the "safe harbor period").[1]

---

[1] Universitas planned motions for sanctions against both Mr. Carpenter and CFG's counsel, which operated on different timelines. Universitas' Motion for Sanctions against Mr. Carpenter was provided to Mr. Carpenter and counsel for CFG, and filed after the "safe harbor period" expired. Universitas then provided to Mr. Carpenter and counsel for CFG a proposed motion for sanctions against counsel for CFG, but CFG's motion was withdrawn during the "safe harbor period." Thus,

Universitas further believes that its Motion for Sanctions against Daniel Carpenter should be granted as unopposed. Universitas moved this Court to sanction Mr. Carpenter on January 4, 2021. Any opposition to this motion was due on January 25, 2021. *See* D. Conn. Loc. R. 7(a)(2) (providing that parties have twenty-one days to file opposition memoranda). As the deadline for any objection has passed, Universitas' Motion for Sanctions against Daniel Carpenter is unopposed and thus should be granted. *See* D. Conn. Loc. R. 7(a)(2) ("Failure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion …."); *see also Tormented Souls Inc. v. Tormented Souls Motorcycle Club Inc.*, No. 09-CV-1743 (DRH) (ARL), 2012 U.S. Dist. LEXIS 54050 (E.D.N.Y. Apr. 17, 2012) (granting unopposed motion for sanctions); *MCI Worldcom Communs., Inc. v. Gamma Communs. Grp., Inc.*, 204 F.R.D. 259 (S.D.N.Y. 2001) (same).

Moreover, Mr. Carpenter continues to flout the conditions imposed upon his supervised release by this Court. (*See* Exhibit 1.) After Universitas moved this Court for sanctions against Mr. Carpenter, he retained counsel for Grist Mill Capital, LLC (another allegedly insolvent judgment debtor), which moved to vacate the underlying judgment by reiterating many of the same arguments previously asserted by CFG. Mr. Carpenter's continued disregard for the judiciary further underscores the necessity of the sanctions requested by Universitas.

PETITIONER UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell                /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561

---

Universitas has not filed a motion for sanctions against counsel for CFG.

                                Barclay Damon, LLP
                                545 Long Wharf Drive
                                New Haven, CT 06511
                                Ph. (203) 672-2665
                                Fax (203) 654-3271
                                mcaldwell@barclaydamon.com
                                  --Its Counsel--

**CERTIFICATION OF SERVICE**

I hereby certify that on January 26, 2021 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      /s/   Michael G. Caldwell
    Michael G. Caldwell, ct26561