# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | ) | |
| | ) | NO. 3:14 mc 00125-RNC |
| Petitioner | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| NOVA GROUP, INC. | ) | November 9, 2021 |
| | ) | |
| Respondent | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Jonathan J. Einhorn, 129 Whitney Avenue, New Haven, CT. 06510, appears on behalf of the interested party Carpenter Financial Group, Inc. in lieu of Attorney Grayson Colt Holmes, in this matter.

Respectfully Submitted,

CARPENTER FINANCIAL GROUP, INC.

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN, ESQ.
129 WHITNEY AVENUE
NEW HAVEN, CT. 06510
FEDERAL BAR NO. ct00163
Ph: (203) 777-3777
Fax: (203) 782-1721
einhornlawoffice@gmail.com

## **CERTIFICATION**

      I hereby certify that on this 9th day of November, 2021, a copy of the foregoing Notice of Appeal was filed electronically or served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Courts CM/ECF System.

                                    /s/ *Jonathan J. Einhorn*
                                    JONATHAN J. EINHORN