UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **UNIVERSITAS EDUCATION, LLC,** ) | | |
| Petitioner ) | | |
| ) | Case No. 3:14-mc-00125-RNC | |
| vs. ) | | |
| ) | | |
| **NOVA GROUP, INC., et al.,** ) | | |
| Respondent ) | August 18, 2022 | |
| ) | | |

## MOTION TO VACATE AND/OR DISSOLVE
## CHARGING ORDER OF OCTOBER 27, 2015

THE PETITIONER and Judgment Debtor, Carpenter Financial Group, Inc. (hereinafter "Petitioner" or "CFG") by and through undersigned counsel, hereby moves the Court to grant this Motion to Dissolve and/or Vacate the Charging Order dated October 27, 2015 pursuant to Rule 60(b)(5) and the Second Circuit's "One Satisfaction Rule." *See Singer v. Olympia Brewing Co.*, 878 F.2d 596 (2d Cir. 1989) ("Under this rule, a nonsettling defendant is entitled to a credit of the settlement amount against any judgment obtained by the plaintiff against the nonsettling defendant."). *Id.* at 600. Therefore, as to Petitioner, the Judgment of the Charging Order should be considered paid in full and satisfied.

In support of its Motion, Petitioner states that through payments, along with the settlements from various other Judgment Debtors and Third Parties, more than the full amount of the $11,140,000 Order has been paid, and that through the Second Circuit's "One Satisfaction Rule," any claims on Petitioner CFG have now been satisfied. In addition, the Charging Order should be vacated because: (1) it violated the three-year statute of limitations under ERISA; and (2) CFG was never properly served. In further support of its Motion, Petitioner files contemporaneously

1

herewith a Declaration of Daniel E. Carpenter, a Memorandum of Law, and a listing of several Exhibits in support.

WHEREFORE the Petitioner and Judgment Debtor, Carpenter Financial Group, Inc., respectfully moves that this Motion to Dissolve and/or Vacate the Charging Order dated October 27, 2015 be granted.

Dated: August 18, 2022　　　　　　　　　　Respectfully Submitted
　　　　　　　　　　　　　　　　　　　　　Carpenter Financial Group, Inc.,


　　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan J. Einhorn*

　　　　　　　　　　　　　　　　　　　　　JONATHAN J. EINHORN
　　　　　　　　　　　　　　　　　　　　　129 WHITNEY AVENUE
　　　　　　　　　　　　　　　　　　　　　NEW HAVEN, CT 06510
　　　　　　　　　　　　　　　　　　　　　FEDERAL BAR NO. ct00163
　　　　　　　　　　　　　　　　　　　　　203-777-3777
　　　　　　　　　　　　　　　　　　　　　EINHORNLAWOFFICE@GMAIL.COM

## CERTIFICATION

      I hereby certify that on this 18th day of August, 2022, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

      */s/ Jonathan J. Einhorn*

      JONATHAN J. EINHORN
      129 WHITNEY AVENUE
      NEW HAVEN, CT 06510
      FEDERAL BAR NO. ct00163
      EINHORNLAWOFFICE@GMAIL.COM