UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNIVERSITAS EDUCATION, LLC,
Plaintiff,

-against-

NOVA GROUP, INC., et al.,
Defendant.

Case No. 14-mc-00125-RNC

Hon. Robert N. Chatigny

---

## DECLARATION OF DANIEL E. CARPENTER

I, **DANIEL E. CARPENTER**, declare and state the following:

I have personal knowledge of the facts stated herein, and I am authorized to submit this declaration in support of Petitioner/Judgment Debtor Carpenter Financial Group, Inc.'s ("CFG") Motion to Vacate and/or Dissolve the Charging Order pursuant to Rule 60(b)(5).

1. Attached hereto as **Exhibit One** is a copy of the Clerk's Judgment of August 12, 2014.

2. Attached hereto as **Exhibit Two** is a copy of the March 31, 2020 Order from Judge Swain denying relief to Universitas because she lacked subject matter jurisdiction over the parties citing the Supreme Court's decision in *Peacock v. Thomas*.

3. Attached hereto as **Exhibit Three** is a copy of a press release and Motion for Interpleader showing Universitas received $12 million from WSFS Bank paying to settle all claims on behalf of Christiana Bank, which was the Insurance Trustee of the Charter Oak Trust.

4. Attached hereto as **Exhibit Four** is a copy of the Satisfaction of Judgment for the payments made from the Grist Mill Trust in the amount of $4,487,007.81.

5. Attached hereto as **Exhibit Five** is a copy of an email from counsel for Universitas, acknowledging an amount of $900,333.61 paid to Universitas from BPETCO.

6. Attached hereto as **Exhibit Six** is a copy of funds received by Universitas from USAA for $343,031.52.

7. Attached hereto as **Exhibit Seven** is a transcript of a proceeding before the honorable Judge Laura Taylor Swain where an acknowledgment was made that funds were received by Universitas from USAA for $450,000.

8. Attached hereto as **Exhibit Eight** is a copy of an affidavit submitted by Sharon Siebert in *Universitas v. Jack Robinson*, Case No. 15-cv-11848.

9. Attached hereto as **Exhibit Nine** is a copy of Government Exhibit 2225 showing Dan Carpenter's Handwritten Calculations.

10. Attached hereto as **Exhibit Ten** is a copy of the Affidavit submitted in support of the Charging Order showing that CFG was not served under Connecticut law.

Executed this 18th day of August 2022, in Simsbury, CT.

_____
Daniel E. Carpenter

Respectfully Submitted
Carpenter Financial Group, Inc.,

*/s/ Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM