# EXHIBIT NINE

**Government Exhibit 2225
Carpenter Handwritten Calculations**

| | |
|---|---|
| From: | DCarpenter US Benefits <FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DCUS> |
| Sent: | Tuesday, May 26, 2009 8:55 AM |
| To: | Wayne Bursey; RobinsonEsq@aol.com |
| Cc: | Dan Carpenter US Benefits |
| Subject: | Sash Spencer |
| Attachments: | Sbizhub09052608380.pdf |

Please check my math......

Jack let's think of letter......



# SASH SPENCER
## DEATH CLAIM

|  | Policy 7305475 | Policy 7320809 |
|---|---|---|
| Insurance Proceeds | | |
| Death Benefit | 10,000,000 | 20,000,000 |
| (80% (Section 11) of Proceeds) | 8,000,000 | 16,000,000 |
| Premiums Paid | 779,000 | 1,543,105.79 |
| Origination Fee (20% of Premium) | 155,840 | @ 308,621.16 |
| Placement Fee (2% of Death Benefit) | N/A | @ 400,000 |
| Placement Fee (6% of Death Benefit) | $600,000 | N/A |
| Premium Funding Fee (3% of Death Benefit) | $300,000 | N/A |
| Termination Fee (1% of Death Benefit) | $100,000 | N/A |
| Total Fees and Charges | $1,934,840 | 2,251,726.95 |
| | $6,065,160 | 13,748,273.05 |
| | | 6,065,160.00 |
| | | 19,813,433.05 |

100GMR_CMP_SVR1-0573284