UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>NOVA GROUP, INC., ET AL.<br><br>　　　　　　　　　　Respondent. | CASE NO. 14-mc-00125-RNC |

### PLAINTIFF UNIVERSITAS EDUCATION, LLC'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO VACATE

Pursuant to Local Rule 7(b) and this Court's inherent power to manage its affairs, Petitioner Universitas Education, LLC ("Universitas") hereby files this Motion for Extension of Time (the "Motion"), to file its Opposition to Motion to Vacate and/or Dissolve Charging Order (Doc. No. 33). In support of its Motion, Universitas states as follows:

Carpenter Financial Group, Inc. filed its Motion to Vacate and/or Dissolve Charging Order on August 18, 2022. Currently, Universitas's Opposition is due on September 8, 2022. Universitas believes, for substantially the same reasons set forth in its Motion for Sanctions still pending before this Court (Doc. No. 18) and its Memorandum in Opposition to the first Motion to Vacate filed by Carpenter Financial Group on November 13, 2020 (Doc. No. 15), that the current Motion to Vacate pending before this Court is sanctionable under Rule 11. Universitas has so informed Carpenter Financial Group and its counsel, and has requested that Carpenter Financial Group withdraw its motion. Universitas respectfully requests that this Court grant it a brief extension until September 15, 2022 to file its Opposition to the Motion to Vacate. Universitas hopes that the parties can come to a resolution and obviate the need for motions practice before this Court, and requests this brief

1

extension to confer with opposing counsel and Carpenter Financial Group. Universitas has not previously asked for any extensions in responding to these motions.

Pursuant to Local Rule 7(b), Universitas certifies that it has made diligent effort to confer with counsel for the non-moving party. Counsel for Universitas called counsel of record for Carpenter Financial Group and left a voice message. Counsel for Universitas also sent counsel for Carpenter Financial Group an email requesting his client's position on the relief sought herein. Counsel for Carpenter Financial Group has not yet responded to Universitas' request. Universitas will promptly supplement this filing and apprise the Court of Carpenter Financial Group's position if and when counsel responds.

WHEREFORE, Plaintiff Universitas Education, LLC respectfully requests that this Court grant its Motion for Extension.

Dated: September 8, 2022

>Respectfully submitted,
>
>  /s/ Elizabeth Acee
> Elizabeth K. Acee (ct20986)
> Barclay Damon LLP
> 545 Long Wharf Drive, Ninth Floor
> New Haven, CT 06511
> Tel: (203) 672-2659
> Fax: (203) 654-3260
> Email: EAcee@barclaydamon.com
> ATTORNEYS FOR PLAINTIFF
> UNIVERSITAS EDUCATION, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and to all counsel of record.

/s/ Elizabeth Acee
Elizabeth K. Acee (ct20986)
