UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC <br><br> *Petitioner,* <br><br> v. <br><br> NOVA GROUP, INC., ET AL. <br><br> Respondent. | CASE NO. 14-mc-00125-RNC |

## MOTION FOR ADMISSION PRO HAC VICE OF JOSEPH L. MANSON III

Plaintiff, Universitas Education, LLC ("Universitas"), by the undersigned counsel, moves this Court for the admission *pro hac vice* of Joseph L. Manson III for purposes of representing it as counsel in this matter.

This motion is made pursuant to Rule 83.1(d) of the District of Connecticut Local Civil rules, by the undersigned member of the bar of this Court, and is supported by the attached Affidavit of Joseph L. Manson III.

In addition, as required by Local Rule 3.19d)(3), a payment of $200.00 has been paid to the Clerk of this Court in connection with this motion.

WHEREFORE, Universitas, through the undersigned counsel and pursuant to Local Rule 83.1(d). requests that the Court enter an order admitting Joseph L. Manson III as counsel for Universitas in the above-captioned matter.

Dated: September 15, 2022
   New Haven, CT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and to all counsel of record.

                                                      ___/s/ Ilan Markus_____  
                                                      Ilan Markus, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                       *Petitioner,*<br><br>v.<br><br>NOVA GROUP, INC., ET AL.<br><br>                       Respondent. | CASE NO. 14-mc-00125-RNC |

**AFFIDAVIT OF JOSEPH L. MANSON III IN SUPPORT OF MOTION PRO HAC VICE**

      Joseph L. Manson III, Esquire having been duly sworn, hereby states the following in support of the Motion of Ilan Markus for my Admission *Pro Hac Vice*:

1. I am an attorney at law licensed in the District of Columbia and other jurisdictions as set forth below. My primary office address and contact information is:

> Joseph L. Manson III
> Law Offices of Joseph L. Manson III
> 600 Cameron St.
> Alexandria, VA 22314
> Telephone: 202-674-1450
> Facsimile: 703 340-1642
> Email: jmanson@jmansonlaw.com

2. I am a member in good standing of the bar of the following courts. I have never been a member of the bar of any other court.

> District of Columbia Court of Appeals-I.D. # 206102
> Supreme Court of Virginia-I.D. # 86664
> United States Court of Appeals for the Third Circuit
> United States Court of Appeals for the Fourth Circuit
> United States Court of Appeals for the Fifth Circuit
> United States Court of Appeals for the Ninth Circuit
> United States Court of Appeals for the Tenth Circuit
> United States Court of Appeals for the Eleventh Circuit
> United States Supreme Court

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and I have not been denied admission to, been disciplined

by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

4. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. I hereby designate Elizabeth Acee, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

    I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on

9/15/22

Respectfully submitted,

_____
Joseph L. Manson III

Sworn before me on this  15th  day of September 2022.

_____
Notary Public

My commission expires on  MAY 31, 2026 .

Shanna C Hogans
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 762775
Com. Exp. May 31, 2026